IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pitts, Lavell | Case Number:  05 B 20863 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/6/08 | Filed:  5/24/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  March 20, 2008
Confirmed:  July 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,095.00 | |
| Secured: | | 3,313.21 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,478.20 |
| Trustee Fee: | | 303.59 |
| Other Funds: | | 0.00 |
| Totals: | 6,095.00 | 6,095.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,478.20 | 2,478.20 |
| 2. | United Auto Credit | Secured | 3,867.68 | 3,313.21 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 199.64 | 0.00 |
| 4. | Kmart Corp | Unsecured | 634.18 | 0.00 |
| 5. | United Auto Credit | Unsecured | 258.67 | 0.00 |
| 6. | Hollywood Video | Unsecured | | No Claim Filed |
| 7. | Columbia House | Unsecured | | No Claim Filed |
| 8. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 9. | Sinai Health System | Unsecured | | No Claim Filed |
| 10. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 11. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 12. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| 13. | United Credit Union | Unsecured | | No Claim Filed |
| 14. | Sinai Family Health Centers | Unsecured | | No Claim Filed |
| 15. | Radio Shack | Unsecured | | No Claim Filed |
| 16. | TCF Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,438.37 | $ 5,791.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 20.70 |
| 5.5% | 113.85 |
| 5% | 34.50 |
| 4.8% | 66.23 |
| 5.4% | 68.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pitts, Lavell | Case Number: 05 B 20863 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | Filed: 5/24/05 |

_____
$ 303.59

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

